IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**WILLIE WALTERS, JR.**,<br><br>Defendant | NO. 5: 05-CR-55 (WDO)<br><br>RE:  VIOLATION OF CONDITIONS OF RELEASE |

# ORDER OF REVOCATION AND DETENTION

Defendant WILLIE WALTERS, JR., represented by legal counsel Mr. Charles Jones of the Fort Valley Bar, this day appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on a **PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** filed by U.S. Probation Officer Todd D. Garrett.  The government was represented by Assistant U. S. Attorney Charles Calhoun.  The defendant admitted the violation set forth in paragraph 2. of the petition, and the court heard evidence as to the violation alleged in paragraph 1.  Upon consideration of the evidence presented and of argument of counsel,

THE COURT FINDS:

(1) that the defendant WALTERS has violated conditions of release by violating state/federal law, to-wit: the defendant on July 26, 2005, only a month after being admitted to bond in the above-captioned federal proceeding, did possess approximately 9 pounds of marijuana, as alleged in paragraph 2. of said petition;

(2) that the defendant possessed marijuana on or about July 18, 2005, as evidenced by a positive urinalysis confirmed by Scientific Testing Laboratories, Inc., as alleged in paragraph 1. of said petition;

(3) that based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release that will assure that he will not pose a danger to the safety of the community and its inhabitants by continuing to engage in the sale of illegal drugs, in violation of state and federal law; and,

(4) that defendant WALTERS is unlikely to abide by conditions of release prohibiting the use of illegal drugs and the violation of state/federal law.

**ACCORDINGLY, IT IS ORDERED AND DIRECTED** that the court's **ORDER OF RELEASE** entered June 24, 2005, be, and it is, **REVOKED**. The defendant is ordered **DETAINED** and is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility pending sentencing. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 29th day of AUGUST, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE